IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 3:11-2134-CMC |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Kevin Richardson, a/k/a "Kevin Bookman," | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, proceeding *pro se*, seeks to reopen this matter to submit an affidavit. This matter is concluded and Defendant's motion for reconsideration has been denied. Accordingly, there is no theory under which it is appropriate to consider Defendant's affidavit.

Defendant's motion to reopen is **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
April 28, 2014

1