IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Cr. No. 3:11-2134 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Kevin Richardson, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's Motion to Unseal. ECF No. 581. Defendant argues that the sealing of certain material in this case precludes his review of the material, thereby prejudicing him in responding. Defendant maintains that the "only correspondence" he has received from the Government relating to his original motion (filed November 7, 2014) and subsequent filings is a response dated December 15, 2014.

All documents filed by the Government, sealed or not, contain a certificate of service indicating service was made on Defendant at his place of incarceration. Before the court wholesale unseals Defendant's filings (ECF Nos. 550, 553, and 569) and the Government's responses thereto (ECF Nos. 554, 558, and 575), the Clerk shall provide copies of ECF Numbers 554, 558, and 575 to Defendant at his place of incarceration. After review of this material, Defendant may, if he so chooses, provide a response to these Government filings in the form of an additional motion for reconsideration. In this motion for reconsideration, Defendant shall inform the court whether he still seeks to unseal his original motion to compel (ECF No. 550), his motion to supplement (ECF No. 553), and motion for reconsideration (ECF No. 569), and the Government responses thereto. This motion shall be filed no later than **Friday, March 20, 2015**.

1

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
March 4, 2015