IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Cr. No. 3:11-2134 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Kevin Richardson, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's letter requesting "to have Atlanta, GA designated as my release residence" when Defendant is released from the United States Bureau of Prisons (BOP) custody.  Mot. at 1.  Defendant seeks assistance from this court as Defendant contends his BOP Case Manager has indicated that he (Defendant) must have an address in that area to be considered for placement in a half-way house in that area.  *Id.*

Matters relating to BOP policy regarding where a Defendant resides upon release from custody are not issues within the jurisdiction of this court.  Accordingly, Defendant's request, construed as a motion for relief, is **denied**.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 26, 2015

1